UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ ___Second___ Amended Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)

DEBTOR: French L. Maynard     JOINT DEBTOR: Kimberly L. Maynard     CASE NO.: 13-18307-EPK
Last Four Digits of SS# 7785     Last Four Digits of SS# 0673

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 323.13 for months 1 to 3 ;
    B.    $ 894.03 for months 4 to 60 ; in order to pay the following creditors:

<u>Administrative</u>: Chapter 7 Trustee's fee for Nicole Testa Mehdipour, Trustee: $ 900.00
                      Payable $ 15.00 /month (Months 1 to 60 )

<u>Administrative</u>: Attorney's Fee - $ 3,500.00   TOTAL PAID $ 1,000.00
                         Balance Due    $ 2,500.00 payable $ 126.50 /month (Months 1 to 19 )
                                                        payable $ 96.50 /month (Month 20 )
                 Chapter 13: $3,000.00; Motion to value: (4 @ $125.00) $500.00

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

    NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Harley-Davidson Credit<br>P.O.Box 22048<br>Carson City, NV 89721<br>Acct # xxxx9320 | 2007 Harley-Davidson motor cycle<br>Payoff: $3,215.32 | 5.25% | $61.05 | 1 to 60 | $3,663.00 |
| Harley-Davidson Credit<br>P.O.Box 22048<br>Carson City, NV 89721<br>Acct # xxxx4822 | 2009 Harley-Davidson motor cycle<br>Payoff: $4,803.69 | 5.25% | $91.20 | 1 to 60 | $5,472.00 |
| MidFlorida Credit Union<br>P.O. Box 8008<br>Lakeland, FL 33802<br>Acct # xxxx7376-1 | 2010 Nissan<br>Payoff: $15,392.17 | 5.25% | $305.69 | 4 to 60 | $17,424.33 |
| MidFlorida Credit Union<br>P.O. Box 8008<br>Lakeland, FL 33802<br>Acct # xxxx9586-9 | 2006 Ford F-250<br>Payoff: $10,740.56 | 5.25% | $213.31 | 4 to 60 | $12,158.67 |

LF-31 (rev. 01/08/10)

DEBTOR: French L. Maynard            JOINT DEBTOR: Kimberly L. Maynard            CASE NO.: 13-18307-EPK
Last Four Digits of SS# 7785         Last Four Digits of SS# 0673

Priority Creditors: [as defined in 11 U.S.C. §507]

NONE

Unsecured Creditors: Pay $ 30.00 /month (Month 20 ); Pay $ 126.50 /month (Months 21 to 60 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

    Debtors paid auto payments to MidFlorida Credit Union (acct # xxxx7376-1) direct in months 1 - 3.
    Debtors paid auto payments to MidFlorida Credit Union (acct # xxxx9586-9) direct in months 1 - 3.
    Debtors will surrender real property to Wells Fargo (acct # xxxx2380).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Sean M. Murray, Esq. (Attorney for Debtor)            /s/ Sean M. Murray, Esq. (Attorney for Joint-Debtor)
Debtor                                                    Joint Debtor
Date:    11/15/2013                                       Date:   11/15/2013

LF-31 (rev. 01/08/10)